Daughtrey v. Fresno City Police Department, et al.                                                    Doc. 4

Case 1:07-cv-00722-OWW-DLB     Document 4     Filed 05/23/2007     Page 1 of 1

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT FOR THE

7                                  EASTERN DISTRICT OF CALIFORNIA

8

CLAYTON DALE DAUGHTREY,          )              1:07-CV-00722 OWW-DLB
9                                 )
                                  )              ORDER DIRECTING CLERK OF THE
10                                )              COURT TO REDESIGNATE CASE
                                  )              TO REFLECT THAT IT IS A
11              `Plaintiff,       )              REGULAR CIVIL ACTION
                                  )
12         vs.                    )
                                  )
13                                )
FRESNO CITY POLICE DEP'T,         )
14                                )
              Defendant.          )
15  _____)

16          On May 17, 2007, plaintiff filed the present action.  Upon receipt of the complaint and

17  its accompanying documents, the Clerk of the Court incorrectly designated the action as one

18  involving the conditions of confinement.  Upon further review of the Court, it has been

19  determined that the present action does not involve conditions of confinement.  Therefore,

20  the Clerk of the Court is DIRECTED to change the designation of the present case to reflect

21  that it is a regular civil action.

22          No scheduling conference should be set at this time.

23

24      IT IS SO ORDERED.

25      Dated:   __May 22, 2007__          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28                                              1