# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON DALE DAUGHTREY, | ) 1:07cv722 OWW DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER VACATING FINDINGS AND |
| | ) RECOMMENDATION |
| v. | ) (Document 8) |
| | ) |
| FRESNO POLICE DEPARTMENT, et.al., | ) ORDER GRANTING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| | ) (Document 9) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

On November 8, 2007, the Court issued Findings and Recommendation that this action be dismissed for Plaintiff's failure to follow the Court's October 4, 2007, order to submit a completed application to proceed in forma pauperis.  On November 9, 2007, Plaintiff submitted the completed application and the November 8, 2007, Findings and Recommendation is therefore VACATED.

A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **January 10, 2008**          _____ **/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE

1