# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAYTON DALE DAUGHTREY, | ) | 1:07cv722 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT USM-285 FORMS |
| v. | ) | |
| FRESNO POLICE DEPARTMENT, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Clayton Dale Daughtrey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Pursuant to Findings and Recommendation currently pending, the Court has recommended that the action go forward on the Fourth Amendment claim against Defendant Jackson.  The Court further recommended that the Eighth Amendment cause of action and Defendant Fresno Police Department be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

    Fresno Police Sgt. Pat Jackson

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed on May 16, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each Defendant listed above; and

    c. Two copies of the endorsed complaint filed on May 16, 2007.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **January 16, 2008**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE