# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAYTON DALE DAUGHTREY, | ) | 1:07cv0722 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | (Document 13) |
| Defendants. | ) | |

    Plaintiff, appearing pro se, filed the instant civil rights complaint on May 16, 2007.

    On January 17, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Eighth Amendment claim be dismissed without leave to amend and that Defendant Fresno Police Department be dismissed. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 17, 2008, is ADOPTED IN FULL;
2. The Eighth Amendment claim is DISMISSED WITHOUT LEAVE TO AMEND; and
3. Defendant Fresno Police Department is DISMISSED.

IT IS SO ORDERED.

**Dated:   March 10, 2008**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE