# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAYTON DALE DAUGHTREY, | ) | 1:07cv0722 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF ACTION |
| v. | ) | (Document 15) |
| FRESNO POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

　　　Plaintiff, appearing pro se, filed the instant civil rights complaint on May 16, 2007.

　　　On March 10, 2008, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to obey a Court order.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and Plaintiff has not filed objections.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 10, 2008, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 1, 2008**                              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE